## August J. DeWulf, Plaintiff, and B. Brotine, Assignee-Appellant, v. Hyman Weinstock, Appellee.

### Gen. No. 46,845. 

First District, Third Division.

October 17, 1956.

Released for publication November 28, 1956.

Aaron Soble, for appellant; Endler, Harris & Butler, and Grossman & Grossman, for appellee; Samuel Grossman, and Lester N. Grossman, of counsel. Opinion by JUDGE LEWE. Not to be published in full.